People of the State of Illinois for the use of Walter E. Boerger, Appellee, v. Jack Martin et al., Appellants.

Gen. No. 9,539.

opinion filed September 19, 1940.   George W. Thoma, for appellants; Robert J. Scott and Edwin O. Linden, of counsel; Walter E. Boerger, for appellee. Opinion by JUSTICE DOVE.   ''Not to be published in full.''